ALLISON GAMMONS, Respondent, v CITY OF NEW YORK et al., Appellants.

Submitted May 5, 2014; decided May 8, 2014

Motion by New York State Trial Lawyers Association for leave to file a brief amicus curiae on the appeal herein granted and

the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.